IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| MARILAND D. JACKSON, § § *Plaintiff,* § § VS. § § CARDINAL HEALTH 200, LLC, § § *Defendant.* § | CIVIL ACTION NO. 9:23-CV-00034 JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Agreed Motion to Dismiss with Prejudice. [Dkt. 11]. The Parties advise the Court that they have reached an agreement to resolve all of the issues in this case and now request a dismissal with prejudice herein.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 3rd day of October, 2023.

*[signature]*
Michael J. Truncale
United States District Judge